■ JOHN R. McGOVERN et al., Appellants, v TOWN OF YORKTOWN et al., Respondents.—Appeal by the plaintiffs from an order of the Supreme Court, Westchester County (Miller, J.), entered October 13, 1989.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Miller at the Supreme Court. Lawrence, J. P., Eiber, Balletta and Ritter, JJ., concur.